IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 08-cr-00488-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSE GONZALEZ-RODRIGUEZ,

    Defendant.
_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

    This matter has been scheduled for a three-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **Tuesday, January 20, 2009 at 8:00 a.m.** It is

    ORDERED that all pretrial motions shall be filed by **December 19, 2008**, and responses to these motions shall be filed by **December 29, 2008.** It is further

    ORDERED that a Trial Preparation Conference is set for **January 9, 2009 at 10:00 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.


DATED December 4, 2008.

           BY THE COURT:


           s/Philip A. Brimmer
           PHILIP A. BRIMMER
           United States District Judge